MILLER v. HOUPE

No. 51 PC.

Case below: 32 N.C. App. 103.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977. Motion of plaintiffs to dismiss appeal allowed 7 March 1977.

PARKER v. BENNETT

No. 56 PC.

Case below: 32 N.C. App. 46.

Petition by defendants for discretionary review under G.S. 7A-31 denied 7 March 1977.

RGK, INC. v. GUARANTY CO.

No. 36 PC.

Case below: 31 N.C. App. 708.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 March 1977.

SCHULZ v. SCHULZ

No. 47 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 7 March 1977.

STATE v. BANKS

No. 34 PC.

Case below: 31 N.C. App. 667.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1977.